```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
CCA CIVIL PANAMA S.A.,                                 :
                                                       :
                    Petitioner,          :
                                                       :  20-cv-1450 (VSB)
     -against-                                        :
                                                       :  **ORDER**
GREEN S.A.,                                            :
                                                       :
                    Respondent.         :
                                                       :
-------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

On February 21, 2020 the Court held a show cause hearing on Petitioner's petition for a temporary restraining order, injunctive relief in aid of arbitration, and order compelling arbitration. On February 27, 2020 the Court held a second hearing, and issued a bench ruling regarding the petition. Consistent with that ruling, it is hereby:

ORDERED that Petitioner's petition for a temporary restraining order, injunctive relief in aid of arbitration, and order compelling arbitration, (Doc. 1), is DENIED.

SO ORDERED.

Dated: February 28, 2020
       New York, New York

                                            _____
                                            Vernon S. Broderick
                                            United States District Judge