**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
CCA CIVIL PANAMA S.A.,

                                    Petitioner,

                    -against-

GREEN S.A.,

                                    Respondent.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/28/2020

20 **CIVIL** 1450 (VSB)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 28, 2020, that the Petitioner's petition for a temporary restraining order, injunctive relief in aid of arbitration, and order compelling arbitration, (Doc.1), is denied.

**Dated**: New York, New York
          February 28, 2020

                              **RUBY J. KRAJICK**
                              **Clerk of Court**
                    BY:
                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 2/28/2020